UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:21-po-00042-KJN |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| JASON D. ROWLEY, | ) ) | DATE:  February 9, 2021 TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Kendall J. Newman |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00042-KJN with prejudice is GRANTED.

    It is further ordered that the initial appearance scheduled on February 9, 2021, is vacated.

    IT IS SO ORDERED.

Dated:  February 9, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE